

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00655-CR

Benjamin **SIMS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR2121
Honorable Jefferson Moore, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's memorandum opinion of this date, the trial court's judgments are AFFIRMED.

SIGNED December 5, 2018.

_____
Karen Angelini, Justice